UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ORELLANO REYEZ, et al.,

                Plaintiffs,

-against-                              15-cv-9221 (LAK)

JINMO PARK, et al.,

                Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiffs' motion for a default judgment against defendants Victor and Justin Treadwell [DI 16, 19-21] is granted, substantially for the reasons stated in the report and recommendation of Magistrate Judge Andrew J. Peck to which no objection has been filed.

        SO ORDERED.

Dated:        March 21, 2016

                                                            Lewis A. Kaplan
                                                   United States District Judge